```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| Franklin University, | : | CIVIL ACTION |
| | : | NO. 21-1304 |
|     Plaintiff | : | |
|  v. | : | |
| | : | |
| CGFNS International, Inc., | : | |
| | : | |
|     Defendant | : | |

**ORDER**

**AND NOW,** this **15th** day of **April, 2021,** it is hereby **ORDERED** that a status and scheduling conference will be held via video conference on **April 30, 2021, at 2:00 P.M.** The Court will supply a link soon through which the parties will be able to participate.

It is **FURTHER ORDERED** that the parties shall meet and confer and submit to the Court a Rule 26(f) report setting forth the position of the parties as to how to proceed (if at all) with the case no later than **April 25, 2021.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**